**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD L. JENSEN,** **Civil No. 01-851(JRT/SRN)**

**Petitioner,**

**v.** **O R D E R**

**TIMOTHY O'DELL, Warden,**

**Respondent.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on a motion by Petitioner Ronald Jensen for an extension of time in which to file his amended petition for writ of habeas corpus pursuant to either 28 U.S.C. § 2254 or § 2241.

In an Order dated May 23, 2001, this Court explained that Petitioner Jensen's original petition for habeas relief was not in the proper form and, consequently, the Court was unable to identify either the individual grounds for relief or the factual or legal bases for these grounds. Most importantly, the Court was unable to discern from his self-styled petition whether Mr. Jensen is challenging the validity of his state court conviction pursuant to 28 U.S.C. § 2254, or if he is seeking relief from custody on some

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

other grounds under 28 U.S.C. § 2241.

Accordingly, the Court directed Petitioner Jensen to submit an Amended Petition by completing one of the two form petitions enclosed with the May 23, 2001 Order, and gave him several specific instructions for doing so. Petitioner Jensen was granted until June 15, 2001, to submit his Amended Petition. See Order dated May 23, 2001.

Thereafter, in a letter to the Court dated May 24, 2001, Petitioner Jensen requested an extension of the June 15th amendment deadline, stating that because he can not read or write he needs extra time to find someone to explain what he must do and to help him complete his petition. The Court grants Mr. Jensen a sixty day extension of time in which to file his Amended Petition. Thus, Petitioner Jensen has until August 15, 2001, to file his Amended Petition for habeas relief in the proper form as directed in the Court's May 23, 2001, Order.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) Petitioner Jensen's Motion for an Extension of Time to File An

Amended Petition for Habeas Relief (Doc. No. 3) is **GRANTED**.

Dated: June 1, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge