241055

RECEIVED BY MAIL

JUL 03 2001

CLERK US DIST COURT MINNEAPOLIS MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** Civil 01-0851(JRT/SRN) **Case Title:** Jensen v. O'Dell

**Affidavit of Movant**

I, John R. Riches, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael D. Oeser, an attorney admitted to practice in the Eastern/Western District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 91443 MN Attorney License # — 7/2/01 Date

**Affidavit of Proposed Admittee**

I, Michael D. Oeser, am currently a member in good standing of the U.S. District Court for the Eastern/Western District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael D. Oeser
Type/Print Name
Assistant Attorney General

[signature] Signature — 6/29/01 Date

Attorney License Number: 1031960

Law Firm Name & Address: WI Dept. of Justice
Post Office Box 7857
Madison, WI 53707-7857

Telephone: (608) 266-0284

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 03 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED ________

DEPUTY CLERK'S INITIALS ________