**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD L. JENSEN,** **Civil No. 01-851 (JRT/SRN)**

**Plaintiff,**

**v.** **ORDER**

**TIM O'DELL, Warden,**

**Defendant.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on a request by Petitioner Ronald Jensen's son, Michael R. Jensen for a § 2241 petition form to enable him to assist his father in filing the correct petition for habeas relief (Doc. No. 6).

The Court has previously mailed both a § 2241 and a § 2254 form to Petition Ronald Jensen. See Order dated May 23, 2001. However, the Court understands that Ronald Jensen may need some assistance in filling out his habeas petition and will thus directly mail, along with a copy of this Order, a Petition for Writ of Habeas Corpus for Persons in Federal Custody Under Title 28 U.S.C. Section 2241, to Mr. Michael R. Jensen #099833, Oshkosh

FILED SEP 0 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Correctional Institution, P.O. Box 3310 Oshkosh, Wisconsin 54903-3310. The Court grants Petitioner Ronald Jensen a 20 day extension of time to fill out and return the enclosed § 2241 form for filing with the Clerk of Court. Ronald and/or Michael Jensen must fully complete the enclosed § 2241 form, write "AMENDED PETITION" at the top of the first page, and file it on or before September 24, 2001. The Petitioner may submit a separate memorandum setting forth legal arguments in support of his claims, but each individual claim for relief must be specifically identified on the face of the Amended Petition itself.

The Court reminds Mr. Jensen that this is the second extension of time he has been granted for the purpose of amending his self-styled original petition for habeas relief (see Order dated June 1, 2001), and it is the last such extension he will receive. If Petitioner Jensen fails to comply with the requirements of this Order within the time allowed -- submission for filing by September 24, 2001-- it will be recommended that this action be summarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

The request by Petitioner Ronald Jensen's son Michael Jensen, for an extension of time to file his amended petition in this case, and for the Court

to mail him a § 2241 form to enable him to assist his father in filing the correct petition for habeas relief (Doc. No. 6) is **GRANTED**. Petitioner and his son are granted until September 24, 2001, to file with the Clerk of Court the enclosed § 2241 form. Failure to comply will result in a recommendation that this action be summarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: September 4, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ____________________ )<br>Full name and prisoner )<br>number of Petitioner )<br><br>vs. )<br><br>____________________ )<br>Name of Respondent | **PETITION FOR WRIT OF HABEAS CORPUS PERSONS IN FEDERAL CUSTODY UNDER TITLE 28 USC SECTION 2241**<br><br>Civil No.____________ |

## INSTRUCTIONS - READ CAREFULLY

In order for this petition to receive consideration by the U. S. District Court, it shall be in writing (legibly handwritten or typewritten), signed by the petitioner and verified (notarized), and it shall set forth in concise form the answers to each question. (If a particular question is not applicable, that should be specifically noted.) If necessary, petitioner may finish the answer to a particular question on an additional blank page. Petitioner shall make it clear to which question any such continued answer refers.

Since every petition for habeas corpus must be sworn to under oath, the false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury. Petitioners should therefore exercise care to assure that all answers are true and correct.

If the petition is submitted in forma pauperis, it shall include the Application To Proceed In Forma Pauperis (AO 240-10/96). Petitioner should be mindful of the changes in IFP procedures effected by the "Prison Litigation Reform Act".

When the petition is completed, the original and one copy together with a JS-44 Civil Cover Sheet must be mailed to: Office of the Clerk, United States District Court, 708 Federal Building, 316 North Robert Street, St. Paul, MN 55101. The petition must be accompanied by either (a) the full filing fee of $5.00, make check payable to U.S. District Court or (b) a properly completed IFP application (with the initial partial filing fee, if required by 28 U.S.C. Section 1915(b)(1).)

1. Place of detention________________________________________

2. Name and location of court which imposed sentence____________

____________________________________________________________

3. The indictment number or numbers (if known) upon which and the offense or offenses for which sentence was imposed:

(a)____________________________________________________

(b)____________________________________________________

(c)____________________________________________________

4. The date upon which sentence was imposed and the terms of the sentence:

(a)____________________________________________________

(b)____________________________________________________

(c)____________________________________________________

5. Check whether a finding of guilty was made

(a) After a plea of guilty ____________________________

(b) After a plea of not guilty __________________________

(c) After a plea of nolo contendere ______________________

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

(a) A jury ______________________________________________

(b) A judge without a jury ______________________________

7. Did you appeal the judgment of conviction or the imposition of sentence?

________________________________________________________

8. If you answered "yes" to Item 7, list:

(a) The name of each court to which you appealed

i. ________________________________________________

ii. ________________________________________________

iii. ________________________________________________

(b) The result in each such court to which appealed

i. ______________________________

ii. ______________________________

iii. ______________________________

(c) The date of each such result

i. ______________________________

ii. ______________________________

iii. ______________________________

(d) If known, citations of any written opinions or orders entered pursuant to such results.

i. ______________________________

ii. ______________________________

iii. ______________________________

9. State concisely the grounds on which you base your allegation that you are being held in custody unlawfully. Each ground for relief should be described separately, and each ground should include (1) a concise statement of the relevant facts and (2) a brief description of the legal principle(s) on which it is based.

Ground 1______________________________

Ground 2______________________________________________

Ground 3______________________________________________

Additional grounds may be set forth on an attached page.

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or other applications, Petitions or motions with respect to this conviction?

11. If you answered "yes" to Item 10, list with respect to each petition, motion or application:

(a) The specific nature thereof:

i. ______________________________

ii. ______________________________

iii. ______________________________

(b) The name and location of the court in which each was filed:

i. ______________________________

ii. ______________________________

iii. ______________________________

(c) The disposition thereof:

i. ______________________________

ii. ______________________________

iii. ______________________________

(d) The date of each such disposition:

i. ______________________________

ii. ______________________________

iii. ______________________________

(e) If known, the citations of any written opinions or orders entered pursuant to each such disposition:

i. ______________________________

ii. ______________________________

iii. ______________________________

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, then for each ground raised here, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

Ground 1______________________________

______________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

Ground 2______________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

Ground 3______________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

If there are additional grounds, attach a separate page.

13. Has any ground set forth in Item 9 (above) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any other petition, motion or application?

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

14. If you answered "yes" to Item 13, identify all of the proceedings in which each such ground was raised:

Ground 1______________________________________________________

Ground 2______________________________________________________

Ground 3______________________________________________________

If there are additional grounds, attach a separate page.

15. Have any of the grounds for relief presented in this petition been raised in any prison grievance procedure or administrative remedies procedure?__________

16. If you answered "yes" to Item 15, then for each ground that has been raised describe (1) each step that was taken to resolve the claim through a grievance procedure or administrative remedies procedure and (2) the disposition of the claim at each step.

Ground 1:____________________________________________________

______________________________________________________________

______________________________________________________________

Ground 2:____________________________________________________

______________________________________________________________

______________________________________________________________

Ground 3:____________________________________________________

______________________________________________________________

______________________________________________________________

(Copies of any written materials pertaining to grievance procedures or administrative remedies procedures -- including statements of the claim(s) presented and responses received -- should be attached to this petition.)

17. Are there any administrative remedies available for any of your grounds for relief that have not been exhausted?____________

______________________________________________________________

______________________________________________________________

______________________________________________________________

18. If you answered "yes" for Item 17, then for each such unexhausted ground for relief, explain why the available administrative remedies were not fully exhausted.________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________

______________________________________________

19. If you were represented by an attorney during any of the following procedures, then state the name and address of such attorney(s):

(a) Your appearance before a United States Commissioner?

Name______________________________

Address______________________________

(b) Your arraignment and plea?

Name______________________________

Address______________________________

(c) Your trial, if any?

Name______________________________

Address______________________________

(d) Your sentencing?

Name______________________________

Address______________________________

(e) Your appeal, if any, from the judgment of conviction or the imposition of sentence?

Name______________________________

Address______________________________

(f) Preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed?

Name______________________________

Address______________________________

20. If you are seeking leave to proceed <u>in forma pauperis</u>, have you completed the sworn affidavit setting forth the required information? (see instructions, page 1 of this form)________

________________________
Signature of petitioner

)
)
)

____________________, being first sworn under oath, presents that he/she has subscribed to the foregoing petition and does state that the information therein is true and correct to the best of his/her knowledge and belief.

________________________
Signature of Affiant

SUBSCRIBED AND SWORN to before me this

________ day of ____________, ______
(month) (year)

______________________________
Notary Public

My commission expires:

______________________________
(Month, Day, Year)

NOTARIZATION IS <u>NOT</u> NECESSARY IF THE FOLLOWING STATEMENT IS COMPLETED:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __________________
(Date)

__________________
(Signature)