**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD L. JENSEN,**

**Petitioner,**

**v.**

**MR. TIMOTHY O'DELL,**
**Warden Prairie Corr. Facility,**

**Respondent.**

**Civil No. 01-851 (JRT/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 25, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Petitioner's Amended Petition seeking habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 8), is SUMMARILY DISMISSED WITH PREJUDICE.

DATED: Nov. 23, 2001.

John R. Tunheim
Judge John R. Tunheim
United States District Court Judge

NOV 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK