# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald L. Jensen

Plaintiff

v.

Mr. Timothy O'Dell
Warden Prairie Corr. Facility

Defendants

Case No. Civil 01-851 JRT/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's amended petition seeking habeas corpus relief under *28 U.S.C. 2241* is summarily *dismissed* with prejudice.

DATE: November 23, 2001

RICHARD D. SLETTEN, CLERK

Victoria Morales

Victoria Moralez, Deputy Clerk